IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH BENNEFIELD, #235865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09cv54-TMH |
| ) | |
| NIKKA MORRIS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On June 1, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 30). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that plaintiff's motion to dismiss is GRANTED and that this case is DISMISSED without prejudice.

Done this the 22nd day of June, 2009.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE